182

Porter EUBANKS, Jr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Rehearing Denied Feb. 15, 1974.

C. Thomas Greene, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Nancy MURPHY

v.

Lillian JORDON and Browne Jordon.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Rehearing Denied Feb. 22, 1974.

Ralph N. Walter, Nickell & Walter, West Liberty, for appellant.

Beverly White, James B. Stewart, Winchester, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming.*

Mary Dean ROMANI

v.

Charles FERRER et al.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Rehearing Denied Feb. 22, 1974.

Chas. S. Sinnette, Ashland, Elena Armanas, Baltimore, Md., John Simpson, Ashland, J. D. Atkinson, Jr., Greenup, for appellant.

Chas. M. Daniels, Greenup, Chas. S. Sinnette, John Simpson, Ashland, Elena Armanas, Baltimore, Md., J. D. Atkinson, Jr., Greenup, Howard VanAntwerp, III, Ashland, for appellees.

Memorandum Opinion of the Court by Special Commissioner ALEXANDER G. BOOTH, Affirming.*

READY ELECTRIC COMPANY et al.

v.

Edna SINGLETON, widow, etc., et al.

Court of Appeals of Kentucky.

Oct. 12, 1973.

Rehearing Denied Feb. 15, 1974.

Stuart E. Alexander, Louisville, for appellants.

Robert M. Lindsay, Louisville, Gemma M. Harding, Dept. of Labor, Louisville, for appellees.

Memorandum Opinion by Justice REED, Affirming.*

* Opinion ordered not to be published.